**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.** 25-cr-80211-Damian/Matthewman
**18 U.S.C. § 875(c)**
**18 U.S.C. § 981(a)(1)(C)**

**UNITED STATES OF AMERICA**

**vs.**

**DANIEL KENNETH RAGAN,**
**a/k/a "[expletive]theking25,"**

**Defendant.**
_______________________________/

FILED BY SP D.C.
DEC 16 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## INDICTMENT

The Grand Jury charges that:

On or about June 17, 2025, and continuing to on or about June 18, 2025, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**DANIEL KENNETH RAGAN,**
**a/k/a "[expletive]theking25,"**

did knowingly transmit in interstate and foreign commerce any communications containing a threat to injure the person of another, that is, patrons of the MBK shopping mall in Thailand, in that in a series of messages posted on a social media platform sent through the Internet, the defendant stated, "I'm going to put bombs at the MBK mall tomorrow," and "I will kill [ethnic slur]" and "[ethnic slur] will die" and "I am going to kill so many [ethnic slur] … So watch the news," with the intent to make a threat, with the knowledge that the communication would be viewed as a threat, and with reckless disregard as to a substantial risk that others would regard the communication as a threat, in violation of Title 18, United States Code, Section 875(c).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully

incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **DANIEL KENNETH RAGAN, a/k/a "[expletive]theking25,"** has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 875(c), as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

for:

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

for:

MARK DISPOTO
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA** **CASE NO.:** 25-cr-80211-Damian/Matthewman

**v.**

DANIEL KENNETH RAGAN,
a/k/a "[expletive]theking25," /

## CERTIFICATE OF TRIAL ATTORNEY

**Superseding Case Information:**
New Defendant(s) (Yes or No) ____
Number of New Defendants ____
Total number of new counts ____

**Court Division** (select one)
☐ Miami ☐ Key West ☐ FTP
☐ FTL ☑ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: ____
4. This case will take 3 days for the parties to try.
5. Please check appropriate category and type of offense listed below:

| (Check only one) | | (Check only one) |
|---|---|---|
| I | ☑ 0 to 5 days | ☐ Petty |
| II | ☐ 6 to 10 days | ☐ Minor |
| III | ☐ 11 to 20 days | ☐ Misdemeanor |
| IV | ☐ 21 to 60 days | ☑ Felony |
| V | ☐ 61 days and over | |

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge ____ Case No. ____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Judge ____ Magistrate Case No. ____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge ____ Case No. ____
9. Defendant(s) in federal custody as of ____
10. Defendant(s) in state custody as of ____
11. Rule 20 from the ____ District of ____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: [signature] for:
MARK DISPOTO
Assistant United States Attorney
SDFL Court ID No. A5501143

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

25-cr-80211-Damian/Matthewman

**Defendant's Name:** **DANIEL KENNETH RAGAN, a/k/a "[expletive]theking25,"**

Transmitting Threats Through Interstate Communication

Title 18, United States Code, Section 875(c)
* **Max. Term of Imprisonment: 5 years**
* **Mandatory Min. Term of Imprisonment (if applicable): None**
* **Max. Supervised Release: 3 years**
* **Max. Fine: $250,000**

*** Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**